_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT 10 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOREASA JOSEPH MISIPATI,<br><br>Defendant. | NO. MJ19-460<br><br>**APPLICATION FOR**<br>**WRIT OF HABEAS CORPUS**<br>**AD PROSEQUENDUM** |

Comes now, the United States of America, by Brian T. Moran, United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, and represents and shows:

That there is now detained in the Washington State Penitentiary, Walla Walla, Washington, in the custody of the Warden thereof, the Defendant, LOREASA JOSEPH MISIPATI, DOC Number 370076, DOB XX/XX/1986, in the above-entitled case, and it is necessary that he be present on November 7, 2019 at 2:00 p.m. in Courtroom 12B of the United States Courthouse, 700 Stewart Street, Seattle, Washington, for the following hearing to be scheduled by the Court:

    __X__       Initial appearance before United States Magistrate and/or appointment of attorney

    _____       Arraignment and plea

APPLICATION FOR WRIT OF HABEUS CORPUS - 1
U.S. v. MISIPATI/MJ19-460

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|     |         |               |
| --- | ------- | ------------- |
| 1   | _____   | Motion hearing |
| 2   | _____   | Trial          |
| 3   | _____   | Resentencing   |
| 4   | _____   | Other:         |

and for all proceedings subsequent to the above-checked appearance.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to said Warden, commanding him or her to have and produce the above-named Defendant at said United States Courthouse at said time. Your petitioner further requests that the Court order that the Defendant shall remain in the custody of the United States Marshal who shall produce the Defendant at subsequent times as directed by this Court and who shall return the Defendant to the facility at which he is now incarcerated when his presence before the Court is no longer required.

DATED this 10th day of October, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

/s/ *Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone:  (206) 553-4312
Fax:    (206) 553-0755
E-mail: Thomas.Woods2@usdoj.gov

APPLICATION FOR WRIT OF HABEUS CORPUS - 2
U.S. v. MISIPATI/MJ19-460

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

Upon reading and filing the foregoing application in that behalf;

IT IS ORDERED that a Writ of Habeas Corpus ad issue as prayed for herein.

DATED this __10__ day of October, 2019.

HON. MARY ALICE THEILER
United States Magistrate Judge

APPLICATION FOR WRIT OF HABEUS CORPUS - 3
U.S. v. MISIPATI/MJ19-460

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970