UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

    v

LOREASA JOSEPH MISIPATI,

        Defendant.

NO.  CR20-2RSL

MINUTE ORDER

    The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

    The evidentiary hearing on revocation of supervised release for the above-named defendant previously scheduled for December 1, 2022, is rescheduled for **Thursday, February 16, 2023 at 10:30 a.m.**, in Room 15106 before the Honorable Robert S. Lasnik.

    DATED this 23rd day of November, 2022.

                          *s/Laura Hobbs*
                          By Laura Hobbs,
                          Deputy Clerk

MINUTE ORDER