## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LOREASA JOSEPH MISIPATI,<br><br>　　　　　　Defendant. | CASE NO. **2:20-cr-00002-RSL**<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND APPONTING NEW COUNSEL** |

The Court grants the motion to withdraw as counsel, Dkt. 58, and ORDERS:

1. Current counsel David Hammerstad is permitted to withdraw.

2. The clerk shall contact the Criminal Justice Administrator for appointment of new counsel.

3. A copy of this order shall be provided to Defendant and all counsel.

DATED this 27th day of December, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO
WITHDRAW AND APPONTING NEW
COUNSEL - 1