The Honorable Judge Robert S. Lasnik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-002 RSL |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| LOREASA JOSEPH MISIPATI, | |
| Defendant. | |

The Court, having received and reviewed the Motion to Withdraw as Counsel and the *Ex Parte* Declaration of Counsel, and based on all of the other records and files in this matter, and good cause appearing,

It is hereby ORDERED that the Motion to Withdraw as Counsel is GRANTED.

DATED this _27th_ day of July 2023.

_Mit S Lasnik_
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL

**HART JARVIS MURRAY CHANG PLLC**
155 NE 100th Street Suite 210
Seattle, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950