Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOREASA JOSEPH MISIPATI,<br><br>Defendant. | CASE NO. CR20-002RSL<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL DECLARATION OF PAULA T. OLSON IN SUPPORT OF DFENDANT'S MOTION TO ALLOW WITHDRAWAL AND SUBSTITUTION OF DEFENSE COUNSEL |

THIS MATTER comes before the court on Defendant's Motion to Seal Declaration of Paula T. Olson in Support of Defendant's Motion to Allow Withdrawal and Substitution of Defense Counsel. For the reasons stated therein and based on the court's review of the document, it is hereby

ORDERED that Defendant's Motion to Seal Declaration of Paula T. Olson in Support of Defendant's Motion to Allow Withdrawal and Substitution of Defense Counsel is GRANTED.

DATED this 16th day of October, 2023.

*[signature]*

ROBERT S. LASNIK
United States District Judge

'
Presented by:
/S/  Paula T. Olson
Paula T Olson, WSB#11584
Attorney for Defendant Misipati